■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL L. MARLEY, on Behalf of CHRISTOPHER REECE, Petitioner, v SEYMOUR I. ROTKER et al., Respondents. [729 NYS2d 905] —Writ of habeas corpus in the nature of an application to reinstate bail upon Queens County Indictment No. 10222/99.

Adjudged that the writ is sustained, without costs or disbursements, and bail on Queens County Indictment No. 10222/99 is reinstated in the sum of $5,000 cash bail. O'Brien, J. P., Luciano, Smith and Crane, JJ., concur.

(September 13, 2001)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. HERBIE DiFONZO, on Behalf of RONALD KING, Petitioner, v NASSAU COUNTY SHERIFF, Respondent. [730 NYS2d 253] —Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County District Court Docket Nos. 2001 NA 024465 and 2001 NA 000887.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County District Court Docket Nos. 2001 NA 024465 and 2001 NA 000887 to the sums of $500 on each Docket Number, which may be posted in the form of insurance company bail bonds in those sums or by depositing the same sums as cash bail alternatives. Altman, J. P., Goldstein, McGinity and Cozier, JJ., concur.